Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 18−11601−VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shervelle Johnson
    6 Richelieu Place
    Newark, NJ 07106

Social Security No.:
    xxx−xx−9310

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      7/5/18
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Scott E. Tanne

COMMISSION OR FEES
$4,637.50

EXPENSES
$375.83

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 6, 2018
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11601-VFP
Shervelle Johnson                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2                  Date Rcvd: Jun 06, 2018
                              Form ID: 137             Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db             +Shervelle Johnson,    6 Richelieu Place,    Newark, NJ 07106-2411
517299445      +Bradshaw Properties, LLC,    408 Main Street, Suite 502,    Boonton, NJ 07005-3701
517299448      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
517299449      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
517299451      +KML Law Group, P.C.,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
517299452      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 PO Box 245,    Trenton, NJ 08695-0245)
517299453      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
517299454      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
517299455       Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
517389167       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517438984      +E-mail/Text: bknotices@snsc.com Jun 07 2018 00:36:55      Bradshaw Properties LLC,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501-0305
517299446      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 07 2018 00:49:01
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517299447      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 07 2018 00:32:49
                 Capital One Auto Finance,    3901 Dallas Pkwy,    Plano, TX 75093-7864
517314399      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 07 2018 00:31:45
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517326730      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 07 2018 00:31:45
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,   Houston, TX 77210-4360
517299450       E-mail/Text: cio.bncmail@irs.gov Jun 07 2018 00:35:02      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bradshaw Properties LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Kevin Gordon McDonald    on behalf of Creditor    Bradshaw Properties LLC kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 06, 2018
                              Form ID: 137             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Scott E. Tanne   on behalf of Debtor Shervelle  Johnson info@tannelaw.com, tanne.ecf.email@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                 TOTAL: 6