UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Case No.: 18-11601-VFP

Chapter 13

**In Re:**

**SHERVELLE JOHNSON,**

Hearing Date: July 19, 2018

Judge: Vincent F. Papalia

**Debtor**

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled    ☐ Withdrawn

Matter: Motion for Relief from Automatic Stay

Date: July 18, 2018             /s/ Jason Brett Schwartz
                                Signature

*rev. 8/1/15*