**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

SHERVELLE JOHNSON

**Case No.:  18-11601**

**Adv. No.:**

**Hearing Date:  10/18/2018**

**Judge:  VFP**

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/04/2018, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
SHERVELLE JOHNSON
6 RICHELIEU PLACE
NEWARK, NJ  07106
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901
Mode of Service:  Regular Mail

Dated:  September 04, 2018

By:   /S/  Jackie Michaels
      Jackie Michaels