SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 18-11601

| Re: | SHERVELLE JOHNSON | Atty: | SCOTT E TANNE ESQ |
|---|---|---|---|
|  | 6 RICHELIEU PLACE |  | 4 CHATHAM ROAD |
|  | NEWARK, NJ 07106 |  | SUMMIT, NJ 07901 |

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $39,401.00**

## RECEIPTS AS OF 12/31/2018 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/14/2018 | $431.00 | 6772000789 | 03/09/2018 | $431.00 | 6772000805 |
| 04/06/2018 | $431.00 | 24794463971 | 05/15/2018 | $431.00 | 6772000829 |
| 06/11/2018 | $431.00 | 25126934242 | 07/11/2018 | $431.00 | 6772000847 |
| 08/14/2018 | $600.00 | 25350151781 | 09/10/2018 | $640.00 | 25350173032 |
| 10/16/2018 | $640.00 | 25528617303 | 11/20/2018 | $665.00 | 25555659063 |

**Total Receipts: $5,131.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $5,131.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BRADSHAW PROPERTIES LLC | | | | | | |
|  | 06/18/2018 | $1,088.78 | 803,798 | 07/16/2018 | $398.77 | 805,778 |
|  | 09/17/2018 | $468.94 | 809,638 | 10/22/2018 | $572.24 | 811,541 |
|  | 12/17/2018 | $394.39 | 815,381 | | | |
| CAPITAL ONE AUTO FINANCE C/O AIS PORTFOLIO SERVICE | | | | | | |
|  | 06/18/2018 | $7.95 | 803,981 | 08/20/2018 | $410.64 | 807,872 |
|  | 09/17/2018 | $6.34 | 809,839 | 09/17/2018 | $70.36 | 809,839 |
|  | 09/17/2018 | $29.24 | 809,839 | 10/22/2018 | $35.69 | 811,765 |
|  | 12/17/2018 | $7.06 | 815,615 | 12/17/2018 | $24.59 | 815,615 |
| WELLS FARGO CARD SERVICES | | | | | | |
|  | 06/18/2018 | $16.53 | 805,182 | 07/16/2018 | $6.06 | 807,083 |
|  | 09/17/2018 | $7.12 | 810,946 | 10/22/2018 | $8.69 | 812,920 |
|  | 12/17/2018 | $5.99 | 816,716 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 324.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,316.10 | 100.00% | 1,316.10 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | US BANK TRUST NA | MORTGAGE ARRE | 31,045.99 | 100.00% | 2,923.12 | |
| 0002 | CAPITAL ONE AUTO FINANCE C/O AIS PC | VEHICLE SECURE | 226.83 | 100.00% | 21.35 | |
| 0011 | WELLS FARGO CARD SERVICES | SECURED | 471.43 | 100.00% | 44.39 | |
| 0012 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0013 | CAPITAL ONE AUTO FINANCE C/O AIS PC | ADMINISTRATIVE | 481.00 | 100.00% | 481.00 | |
| 0014 | CAPITAL ONE AUTO FINANCE C/O AIS PC | (NEW) Auto Agreed | 1,843.32 | 100.00% | 89.52 | |

**Total Paid: $5,199.68**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $5,131.00    -    Paid to Claims: $3,559.38    -    Admin Costs Paid: $1,640.30    =    Funds on Hand: $1,136.32

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.