| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>    SHERVELLE JOHNSON | |

Order Filed on October 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-11601 VFP

Hearing Date: 10/3/2019

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 9, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): SHERVELLE JOHNSON

Case No.: 18-11601

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 10/03/2019 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,392.07 to the Trustee's office by 10/31/2019 or the case will be dismissed with attorney consent to no further notice or hearing; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 11/7/2019 at 10:00 AM.

United States Bankruptcy Court
District of New Jersey

In re:  
Shervelle Johnson  
    Debtor

Case No. 18-11601-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 1            Date Rcvd: Oct 09, 2019
                         Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db             +Shervelle Johnson,    6 Richelieu Place,    Newark, NJ 07106-2411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Bradshaw Properties LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Jason Brett Schwartz     on behalf of Creditor    Capital One Auto Finance
          jschwartz@mesterschwartz.com
         Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
          bankruptcy@friedmanvartolo.com
         Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing, LLC bankruptcy@friedmanvartolo.com
         Kevin Gordon McDonald    on behalf of Creditor    Bradshaw Properties LLC kmcdonald@blankrome.com,
          bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Scott E. Tanne    on behalf of Debtor Shervelle  Johnson ecf@tannelaw.com,
          tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 8