| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust | Order Filed on November 18, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No.: 18-11601<br><br>Chapter: 13<br><br>Hearing Date:<br>November 7, 2019 at 10:00 AM<br><br>Hon. Judge:<br>Vincent F. Papalia |
| In Re:<br><br>Shervelle Johnson<br><br>Debtor(s) | |

## ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) ~~through three (3)~~, is hereby **ORDERED**.

**DATED: November 18, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Applicant: | SN Servicing Corporation |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Scott E. Tanne |
| Property (Collateral): | 6 Richlieu Place, Newark, NJ 07106 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is current on all trial modification payments through **November 1, 2019**.

2. Cure for Post-Petition Arrearages:

- Beginning on **December 1, 2019**, trial modification payments shall continue to be made as defined by the terms of the trial modification, final loan modification, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

- Payments:   SN Servicing Corporation
              PO Box 660820
              Dallas, TX 75266-0820

In the event of default:

If the Debtor(s) fail to make the payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

4. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$350.00** and Attorney's Costs in the amount of **$181.00**. The fees and costs are payable through the Chapter 13 Plan.