SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 18-11601

| Re: | SHERVELLE JOHNSON | Atty: | SCOTT E TANNE ESQ |
|---|---|---|---|
| | 6 RICHELIEU PLACE | | 4 CHATHAM ROAD |
| | NEWARK, NJ 07106 | | SUMMIT, NJ 07901 |

NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $41,351.07

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/14/2018 | $431.00 | 6772000789 | 03/09/2018 | $431.00 | 6772000805 |
| 04/06/2018 | $431.00 | 24794463971 | 05/15/2018 | $431.00 | 6772000829 |
| 06/11/2018 | $431.00 | 25126934242 | 07/11/2018 | $431.00 | 6772000847 |
| 08/14/2018 | $600.00 | 25350151781 | 09/10/2018 | $640.00 | 25350173032 |
| 10/16/2018 | $640.00 | 25528617303 | 11/20/2018 | $665.00 | 25555659063 |
| 01/02/2019 | $540.00 | 25555611958 | 01/15/2019 | $665.00 | 25555621680 |
| 02/21/2019 | $650.00 | 25528607651 | 04/17/2019 | $600.00 | 25528606290 |
| 07/23/2019 | $1,000.00 | 26033855894 | 07/23/2019 | $300.00 | 26033855883 |
| 08/06/2019 | $1,000.00 | 26033864501 | 09/16/2019 | $1,000.00 | 26171410296 |
| 09/16/2019 | $856.00 | 26171410285 | 11/07/2019 | $393.00 | 261717470484 |
| 11/07/2019 | $1,000.00 | 261717470473 | 01/10/2020 | $700.00 | 26423712055 |

**Total Receipts: $13,835.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $13,835.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BRADSHAW PROPERTIES LLC | | | | | | |
| | 06/18/2018 | $1,088.78 | 803,798 | 07/16/2018 | $398.77 | 805,778 |
| | 09/17/2018 | $468.94 | 809,638 | 10/22/2018 | $572.24 | 811,541 |
| | 12/17/2018 | $394.39 | 815,381 | | | |
| CAPITAL ONE AUTO FINANCE C/O AIS PORTFOLIO SERVICE | | | | | | |
| | 06/18/2018 | $7.95 | 803,981 | 08/20/2018 | $410.64 | 807,872 |
| | 09/17/2018 | $6.34 | 809,839 | 09/17/2018 | $70.36 | 809,839 |
| | 09/17/2018 | $29.24 | 809,839 | 10/22/2018 | $35.69 | 811,765 |
| | 12/17/2018 | $7.06 | 815,615 | 12/17/2018 | $24.59 | 815,615 |
| | 02/11/2019 | $7.65 | 819,433 | 02/11/2019 | $65.32 | 819,433 |
| | 03/18/2019 | $35.24 | 821,400 | 05/20/2019 | $7.94 | 825,401 |
| | 05/20/2019 | $32.52 | 825,401 | 08/19/2019 | $5.70 | 831,244 |
| | 08/19/2019 | $48.65 | 831,244 | 09/16/2019 | $6.47 | 833,270 |
| | 09/16/2019 | $55.19 | 833,270 | 10/21/2019 | $12.31 | 835,284 |
| | 10/21/2019 | $105.09 | 835,284 | 12/16/2019 | $8.71 | 839,311 |
| | 12/16/2019 | $74.30 | 839,311 | | | |

Chapter 13 Case # 18-11601

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US BANK TRUST NA | | | | | | | |
| | 02/11/2019 | $1,047.44 | 819,170 | | 03/18/2019 | $565.01 | 821,115 |
| | 05/20/2019 | $521.54 | 825,083 | | 08/19/2019 | $780.15 | 830,885 |
| | 09/16/2019 | $884.91 | 832,949 | | 10/21/2019 | $1,685.17 | 834,917 |
| | 12/16/2019 | $27.95 | 838,949 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 06/18/2018 | $16.53 | 805,182 | | 07/16/2018 | $6.06 | 807,083 |
| | 09/17/2018 | $7.12 | 810,946 | | 10/22/2018 | $8.69 | 812,920 |
| | 12/17/2018 | $5.99 | 816,716 | | 02/11/2019 | $15.91 | 820,546 |
| | 03/18/2019 | $8.58 | 822,584 | | 05/20/2019 | $7.92 | 826,621 |
| | 08/19/2019 | $11.85 | 832,457 | | 09/16/2019 | $13.44 | 834,395 |
| | 10/21/2019 | $25.59 | 836,503 | | 12/16/2019 | $18.09 | 840,358 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 624.12 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,520.85 | 100.00% | 2,520.85 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | US BANK TRUST NA | MORTGAGE ARRE | 31,045.99 | 100.00% | 8,407.34 | |
| 0002 | CAPITAL ONE AUTO FINANCE C/O AIS PC | VEHICLE SECURE | 226.83 | 100.00% | 70.13 | |
| 0011 | WELLS FARGO CARD SERVICES | SECURED | 471.43 | 100.00% | 145.77 | |
| 0012 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0013 | CAPITAL ONE AUTO FINANCE C/O AIS PC | ADMINISTRATIVE | 481.00 | 100.00% | 481.00 | |
| 0014 | CAPITAL ONE AUTO FINANCE C/O AIS PC | (NEW) Auto Agreed | 1,843.32 | 100.00% | 505.83 | |
| 0015 | US BANK TRUST NA | (NEW) MTG Agree | 531.00 | 100.00% | 27.95 | |

Total Paid:  $12,782.99
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $13,835.00     -     Paid to Claims: $9,638.02     -     Admin Costs Paid: $3,144.97     =     Funds on Hand: $1,052.01

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.