Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11601−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Shervelle Johnson
  6 Richelieu Place
  Newark, NJ 07106

Social Security No.:
  xxx−xx−9310

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/17/20 at 10:00 AM

to consider and act upon the following:

**77** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/14/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

**79** − Certification in Opposition to Trustee Certification of Default (related document:77 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/14/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott E. Tanne on behalf of Shervelle Johnson. (Attachments: # 1 Certificate of Service) (Tanne, Scott)

Dated: 8/17/20

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court