Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−11601−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shervelle Johnson
6 Richelieu Place
Newark, NJ 07106

Social Security No.:
xxx−xx−9310

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/5/20 at 10:00 AM

to consider and act upon the following:

*84* − Creditor's Certification of Default (related document:61 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation. Objection deadline is 10/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit Agreed Order # 3 Certificate of Service) (Schwalb, Jonathan)

*85* − Certification in Opposition to Certification of Default by SN Servicing (related document:84 Creditor's Certification of Default (related document:61 Order on Motion For Relief From Stay) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation. Objection deadline is 10/13/2020. (Attachments: # 1 Proposed Order # 2 Exhibit Agreed Order # 3 Certificate of Service) filed by Creditor SN Servicing Corporation) filed by Scott E. Tanne on behalf of Shervelle Johnson. (Attachments: # 1 Certificate of Service) (Tanne, Scott)

Dated: 10/14/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court