UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

IN RE:

Shervelle Johnson

Debtor

Order Filed on January 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 18-11601-VFP

CHAPTER: 13

HON. JUDGE.:
Vincent F. Papalia

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 11, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 6 Richlieu Place, Newark, NJ 07106

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 6 Richlieu Place, Newark, NJ 07106; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-11601-VFP

Shervelle Johnson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shervelle Johnson, 6 Richelieu Place, Newark, NJ 07106-2411 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bradshaw Properties LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing  LLC bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Bradshaw Properties LLC kmcdonald@blankrome.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Scott E. Tanne  on behalf of Debtor Shervelle Johnson ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8