SCOTT E TANNE ESQ
4 CHATHAM ROAD
SUMMIT, NJ  07901

Re:  SHERVELLE JOHNSON                              Atty:   SCOTT E TANNE ESQ
6 RICHELIEU PLACE                                              4 CHATHAM ROAD
NEWARK,  NJ  07106                                          SUMMIT, NJ  07901

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 18-11601

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $42,040.16**

### RECEIPTS AS OF 01/15/2021       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/14/2018 | $431.00 | 6772000789 | 03/09/2018 | $431.00 | 6772000805 |
| 04/06/2018 | $431.00 | 24794463971 | 05/15/2018 | $431.00 | 6772000829 |
| 06/11/2018 | $431.00 | 25126934242 | 07/11/2018 | $431.00 | 6772000847 |
| 08/14/2018 | $600.00 | 25350151781 | 09/10/2018 | $640.00 | 25350173032 |
| 10/16/2018 | $640.00 | 25528617303 | 11/20/2018 | $665.00 | 25555659063 |
| 01/02/2019 | $540.00 | 25555611958 | 01/15/2019 | $665.00 | 25555621680 |
| 02/21/2019 | $650.00 | 25528607651 | 04/17/2019 | $600.00 | 25528606290 |
| 07/23/2019 | $1,000.00 | 26033855894 | 07/23/2019 | $300.00 | 26033855883 |
| 08/06/2019 | $1,000.00 | 26033864501 | 09/16/2019 | $1,000.00 | 26171410296 |
| 09/16/2019 | $856.00 | 26171410285 | 11/07/2019 | $393.00 | 261717470484 |
| 11/07/2019 | $1,000.00 | 261717470473 | 01/10/2020 | $700.00 | 26423712055 |
| 02/24/2020 | $700.00 | 26423785326 | 03/09/2020 | $700.00 | 26095339620 |
| 03/24/2020 | $775.00 | 26423739775 | 05/13/2020 | $750.00 | 26095346965 |
| 06/16/2020 | $725.00 | 26098101617 | 08/07/2020 | $741.00 | 26098108176 |
| 08/18/2020 | $50.00 | 26098106883 | 08/18/2020 | $1,000.00 | 26098106872 |
| 10/30/2020 | $813.00 | 26098116355 | 11/30/2020 | $500.00 | 26098111416 |

**Total Receipts: $20,589.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $20,589.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021       (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BRADSHAW PROPERTIES LLC | | | | | | | |
| | 06/18/2018 | $1,088.78 | 803,798 | | 07/16/2018 | $398.77 | 805,778 |
| | 09/17/2018 | $468.94 | 809,638 | | 10/22/2018 | $572.24 | 811,541 |
| | 12/17/2018 | $394.39 | 815,381 | | | | |
| CAPITAL ONE AUTO FINANCE C/O AIS PORTFOLIO SERVICE | | | | | | | |
| | 06/18/2018 | $7.95 | 803,981 | | 08/20/2018 | $410.64 | 807,872 |
| | 09/17/2018 | $6.34 | 809,839 | | 09/17/2018 | $70.36 | 809,839 |
| | 09/17/2018 | $29.24 | 809,839 | | 10/22/2018 | $35.69 | 811,765 |
| | 12/17/2018 | $7.06 | 815,615 | | 12/17/2018 | $24.59 | 815,615 |
| | 02/11/2019 | $7.65 | 819,433 | | 02/11/2019 | $65.32 | 819,433 |
| | 03/18/2019 | $35.24 | 821,400 | | 05/20/2019 | $7.94 | 825,401 |

**Chapter 13 Case # 18-11601**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 05/20/2019 | $32.52 | 825,401 | 08/19/2019 | $5.70 | 831,244 |
| | 08/19/2019 | $48.65 | 831,244 | 09/16/2019 | $6.47 | 833,270 |
| | 09/16/2019 | $55.19 | 833,270 | 10/21/2019 | $12.31 | 835,284 |
| | 10/21/2019 | $105.09 | 835,284 | 12/16/2019 | $8.71 | 839,311 |
| | 12/16/2019 | $74.30 | 839,311 | 03/16/2020 | $29.49 | 844,965 |
| | 04/20/2020 | $12.68 | 846,916 | 04/20/2020 | $78.68 | 846,916 |
| | 06/15/2020 | $15.45 | 850,507 | 07/20/2020 | $6.23 | 852,300 |
| | 07/20/2020 | $37.73 | 852,300 | 09/21/2020 | $10.92 | 855,980 |
| | 09/21/2020 | $93.22 | 855,980 | 11/16/2020 | $42.31 | 859,660 |
| | 12/21/2020 | $8.01 | 861,477 | 12/21/2020 | $26.02 | 861,477 |
| US BANK TRUST NA | | | | | | |
| | 02/11/2019 | $1,047.44 | 819,170 | 03/18/2019 | $565.01 | 821,115 |
| | 05/20/2019 | $521.54 | 825,083 | 08/19/2019 | $780.15 | 830,885 |
| | 09/16/2019 | $884.91 | 832,949 | 10/21/2019 | $1,685.17 | 834,917 |
| | 12/16/2019 | $27.95 | 838,949 | 03/16/2020 | $11.09 | 844,568 |
| | 04/20/2020 | $29.59 | 846,517 | 06/15/2020 | $5.81 | 850,151 |
| | 07/20/2020 | $14.19 | 851,909 | 09/21/2020 | $35.06 | 855,567 |
| | 10/19/2020 | $5,273.57 | 857,473 | 11/16/2020 | $678.53 | 859,272 |
| | 11/16/2020 | $15.92 | 859,272 | 12/21/2020 | $417.30 | 861,049 |
| | 12/21/2020 | $9.79 | 861,049 | | | |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 06/18/2018 | $16.53 | 805,182 | 07/16/2018 | $6.06 | 807,083 |
| | 09/17/2018 | $7.12 | 810,946 | 10/22/2018 | $8.69 | 812,920 |
| | 12/17/2018 | $5.99 | 816,716 | 02/11/2019 | $15.91 | 820,546 |
| | 03/18/2019 | $8.58 | 822,584 | 05/20/2019 | $7.92 | 826,621 |
| | 08/19/2019 | $11.85 | 832,457 | 09/16/2019 | $13.44 | 834,395 |
| | 10/21/2019 | $25.59 | 836,503 | 12/16/2019 | $18.09 | 840,358 |
| | 03/16/2020 | $7.18 | 846,083 | 04/20/2020 | $19.16 | 848,053 |
| | 07/20/2020 | $12.95 | 853,373 | 09/21/2020 | $22.70 | 857,086 |
| | 11/16/2020 | $10.30 | 860,663 | 12/21/2020 | $6.34 | 862,579 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,099.41 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,921.35 | 100.00% | 2,921.35 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | US BANK TRUST NA | MORTGAGE ARRE | 31,045.99 | 100.00% | 14,776.74 | |
| 0002 | CAPITAL ONE AUTO FINANCE C/O AIS PC | VEHICLE SECURE | 226.83 | 100.00% | 107.97 | |
| 0011 | WELLS FARGO CARD SERVICES | SECURED | 471.43 | 100.00% | 224.40 | |
| 0012 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0013 | CAPITAL ONE AUTO FINANCE C/O AIS PC | ADMINISTRATIVE | 481.00 | 100.00% | 481.00 | |
| 0014 | CAPITAL ONE AUTO FINANCE C/O AIS PC | (NEW) Auto Agreed | 1,843.32 | 100.00% | 828.73 | |
| 0015 | US BANK TRUST NA | (NEW) MTG Agree | 531.00 | 100.00% | 149.40 | |

**Total Paid: $20,589.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $20,589.00   -   Paid to Claims: $16,568.24   -   Admin Costs Paid: $4,020.76   =   Funds on Hand: $0.00

**Chapter 13 Case # 18-11601**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.