Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  18−11601−VFP
                    Chapter:  13
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shervelle Johnson
   6 Richelieu Place
   Newark, NJ 07106

Social Security No.:
   xxx−xx−9310

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/1/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 1, 2021
JAN: jf

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Shervelle Johnson  
    Debtor

Case No. 18-11601-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 02, 2021      Form ID: 148      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shervelle Johnson, 6 Richelieu Place, Newark, NJ 07106-2411 |
| cr | + | Fay Servicing, LLC, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | SN Servicing Corporation, FRIEDMAN VARTOLO, LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 517299445 | + | Bradshaw Properties, LLC, 408 Main Street, Suite 502, Boonton, NJ 07005-3701 |
| 517299448 | + | Equifax, PO BOX 740241, Atlanta, GA 30374-0241 |
| 517299449 | + | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517299451 | #+ | KML Law Group, P.C., 216 Haddon Ave, Suite 406, Westmont, NJ 08108-2812 |
| 517299452 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 517299453 | + | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2021 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2021 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517438984 | + | Email/Text: bknotices@snsc.com | Feb 02 2021 21:30:00 | Bradshaw Properties LLC, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 517299447 | + | EDI: CAPONEAUTO.COM | Feb 03 2021 02:18:00 | Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517299446 | + | EDI: CAPONEAUTO.COM | Feb 03 2021 02:18:00 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517314399 | + | EDI: AISACG.COM | Feb 03 2021 02:18:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517326730 | + | EDI: AISACG.COM | Feb 03 2021 02:18:00 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517299450 | | EDI: IRS.COM | Feb 03 2021 02:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518158163 | + | Email/Text: bknotices@snsc.com | Feb 02 2021 21:30:00 | U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517963636 | + | Email/Text: bknotices@snsc.com | | |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 02, 2021 | | Form ID: 148 | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| | | Feb 02 2021 21:30:00 | U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501, U.S. Bank Trust National Association 95501-0305 |
| 518158164 | + Email/Text: bknotices@snsc.com | Feb 02 2021 21:30:00 | U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association 95501-0305 |
| 517963635 | + Email/Text: bknotices@snsc.com | Feb 02 2021 21:30:00 | U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 517299454 | + EDI: WFFC.COM | Feb 03 2021 02:18:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517299455 | EDI: WFFC.COM | Feb 03 2021 02:18:00 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 517389167 | EDI: WFFC.COM | Feb 03 2021 02:18:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bradshaw Properties LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing  LLC bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Bradshaw Properties LLC kmcdonald@blankrome.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 02, 2021 | Form ID: 148 | Total Noticed: 24

Scott E. Tanne  on behalf of Debtor Shervelle Johnson ecf@tannelaw.com  tanne.ecf.email@gmail.com;tannesr87179@notify.bestcase.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8